Page 1 of 17
Union
Dodi Eubanks
Wanda Royal, Deputy Clerk
Suit# C-51126
E-FILED ON: 12/05/23 01:07 PM
Filed on: 12/05/23 01:42 PM
# of Pages:6

**THIRD JUDICIAL DISTRICT FOR THE PARISH OF UNION**

**STATE OF LOUISIANA**

NO.                                                                                           DIVISION: " "

**SCOTT BRADLEY BARMORE AND JANICE MARIE BARMORE**

**VS.**

**SIG SAUER, INC. AND FARMERVILLE POLICE DEPARTMENT**

FILED _____                                     _____
                                                                              **DEPUTY CLERK**

___

## PETITION FOR DAMAGES

The Petition of Scott Bradley Barmore and Janice Marie Barmore, both person lawfully married to each other and of full age of majority and residents of the Parish of Union, State of Louisiana, respectfully represents:

1.

The following parties are made defendants:

A. Sig Sauer, Inc., a corporation or other business entity with its principal place of business at 72 Pease Boulevard, Newington, New Hampshire, organized and incorporated under the laws of Delaware.

B. Farmerville Police Department, alleged on information and belief to be a political entity of the Town of Farmerville, Union Parish, Louisiana.

2.

## JURISDICTION AND VENUE

Jurisdiction is proper in this Honorable Court under LA CONST art. 5, § 16 as well as damages being in excess of $50,000.

Venue is proper in Union Parish pursuant to Article 74 of the Louisiana Code of Civil procedure because majority of the acts occurred in Union Parish.

3.

The defendants named hereinabove are justly and legally indebted unto Petitioners herein for all general and special damages which are just and reasonable under the circumstances, together with legal interest and court costs thereon from the date of the judicial demand until paid, and for all costs of these proceedings, for the following reasons, to-wit:



EXHIBIT A

## FACTUAL BACKGROUND

Farmerville police department was a former employer of Scott Barmore that issued the P320 pistol that caused the damages to Petitioner. Sig Sauer, Incorporated is the manufacturer of the P320 pistol that caused the damages to the Plaintiff.

4.

On December 5, 2022 Officer Scott Barmore was participating in Firearms Requalification Training, while using a firearm that was issued to him by the Farmerville Police Department. This training is required annually by the Police Officer Standards Trainings board for a person to be able to work for any Law Enforcement Agency in the state of Louisiana.

5.

Petitioner was in the process of holstering his Sig Sauer Model P320 pistole when his firearm discharged one time. Petitioner was shot in the leg. At the time the firearm discharged the trigger was not pulled by Mr. Barmore nor was it pulled by anyone else.

6.

At the time of the discharge Mr. Barmore was in the kneeling position. The bullet entered his right thigh approximately halfway down the thigh, exited near the back of the right knee, and then reentered his leg near the top of his right calf muscle. A piece of the bullet could be seen protruding from the entry wound in the Officer.

7.

When medical assistance was called to the firing range to bring Officer Barmore to the hospital Pafford Ambulance Service did not have any available ambulances to bring Barmore to the hospital. Since there were no available ambulances, Deputy Harpin made the decision to transport Barmore to the hospital in his police car. Barmore was brought to Union General Hospital.

8.

Officer Barmore was treated at Union Parish Hospital. Still to this day there are tiny metallic fragments still seen lateral in the thigh and knee down to the foot. Officer Barmore is currently treating with medical providers.

9.

Officer Barmore is an experienced firearm user. He is also involved in the firearm training program for the agency. He has experience shooting and operating a firearm in the standing, sitting, laying and kneeling positions.

10.

A subsequent investigation by the Union Parish Sheriff's Office was conducted. During that investigation, the investigating officer determined that the only way for the bullet to enter in the means that it did was if the person was on a knee while the gun was in its holster. Based on the report from that investigation, a gun in a holster that discharged would result in no damage to the holster. Mr. Barmore holster did not have any damage. After the gun discharged both Barmore and Deputy Barmore noticed the gun was laying on the floor. The police report stated that when the firearm was examined there was a stove piped shell casing in the ejection port of the firearm as well as a live round partially loaded.

11.

## CAUSES OF ACTION

### Strict Products Liability

Plaintiffs incorporate all prior paragraphs and allegations in support of this claim. The Sig Sauer Corporation manufactures firearms in the United States. This specific firearm, the P320 was made for military and police use only. Sig Sauer sold the P320 firearm to the Farmerville Police Department. Sig Sauer is liable because Sig Sauer engaged in the regular business of designing assembling, manufacturing, selling, supplying, distributing, and/or placing into the stream of commerce firearms, including the P320 that injured Plaintiffs, the products involved in the subject incident was marketed and/or placed in the general stream of commerce by Sig Sauer, The product was expected to and did reach users without, substantial change in the condition in which it was designed, assembled, manufactured, sold, supplied, distributed and/or placed into the stream of commerce, and the produce was designed, assembled, manufactured, sold, supplied, distributed, and/or placed into the stream of commerce in the defective condition for the reasons set forth above.

12.

### Negligence

Plaintiffs incorporate all prior paragraphs and allegations in support of this claim.

13.

Plaintiffs allege that their injuries are a result of Defendants' negligence in failing to equip Office Barmore with a safe firearm to complete his required training with as well as taking the necessary steps to ensure officer safety during training exercise like this one.

14.

**Consortium**

Plaintiffs incorporate all prior paragraphs and allegations in support of this claim. At all relevant time hereto, Mrs. Barmore was the lawfully wedded wife of husband-plaintiff, Mr. Barmore, with whom she lives. As a result of the injuries sustained by Mr. Barmore, wife-plaintiff Mrs. Barmore has been and will continue to be deprived of the love, assistance, companionship, consortium and society of her husband.

15.

**Negligent Entrustment**

Defendant Farmerville Police Department negligently entrusted Defendant Sig Sauer by the use of their firearm when they knew or upon reasonable inquiry should have known that the firearm was prone to discharging without trigger depression.

16.

**General and Special Damages**

Plaintiffs aver that general and special damages will substantially exceed the limitations amounts under La. Code Civ. Proc. Ann. § art.1732. Plaintiffs therefore demand trial of this matter by jury. Plaintiffs request the jury to assess general and special damages caused by the Defendants' individual and joint conduct for the following areas:

a. Mental pain and suffering.

b. Past physical pain, suffering and /or disability.

c. Future physical pain, suffering and /or disability.

d. Plaintiffs' inconvenience.

e. The loss of intellectual gratification or physical enjoyment.

f. Past medical expenses including mental health treatment.

g. Future medical expenses including mental health treatment.

h. Scarring.

17.

## Prayer

WHEREFORE, premises considered, Plaintiffs pray:

a. That certified copies of this petition, together with citation, be issued and served according to law on the Defendants.

b. That this matter be tried before a jury.

c. After the lapse of all legal delays and proceedings had, there be judgment against all Defendants, in solido, in favor of Plaintiffs in such amounts as are reasonable in the premises.

d. For legal interest from date of judicial demand on all amounts awarded, and for all costs of these proceedings; and

e. For all necessary orders and decrees as may be required or proper in the premises and for full, general and equitable relief.

WHEREFORE, Plaintiff demand judgment in their favor and against Defendants for compensatory and enhanced compensatory damages, together with lawful interest, attorneys' fees, cost of suit, and all other claims available by law.

Respectfully Submitted:

JAMES W. BEARDEN, #33004
JACK J RIZZUTO, #40924
110 Veterans Blvd., Suite 500
Metairie, Louisiana 70005
Telephone:  (504) 930-4330
Facsimile:  (888) 731-6940
wes@beardenlawfirm.com
jack@beardenlawfirm.com
*Attorneys for Plaintiff*

**PLEASE SERVE:**

SIG SAUER (Via the LA Long Arm Statute)
Through its Registered Agent for Service:
Cogency Global, Inc.
63 Pleasant St.
Concord, NH 03301

FARMERVILLE POLICE DEPARTMENT
Through its Chief of Police:
Ernest "Bim" Coulberston
302 Martin Luther King Drive
Farmerville, LA 71241

**LOUISIANA CIVIL CASE REPORTING**
Civil Case Cover Sheet - LA. R.S. 13:4688 and
Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

Scott Bradley Barmore, et al.     vs.    Sig Sauer, Inc., et al.

Court: **3rd JDC**          Docket Number: _____

Parish of Filing: **Union**          Filing Date: **12-5-2023**

Name of Lead Petitioner's Attorney: **James W. Bearden**

Name of Self-Represented Litigant: _____

Number of named petitioners: **2**          Number of named defendants: **2**

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- [ ] Auto: Personal Injury
- [ ] Auto: Wrongful Death
- [ ] Asbestos: Property Damage
- [x] Product Liability
- [ ] Intentional Bodily Injury
- [ ] Intentional Wrongful Death
- [ ] Business Tort
- [ ] Defamation
- [ ] Environmental Tort
- [ ] Intellectual Property
- [ ] Legal Malpractice
- [ ] Other Professional Malpractice
- [ ] Maritime
- [ ] Wrongful Death
- [x] General Negligence
- [ ] Auto: Property Damage
- [ ] Auto: Uninsured Motorist
- [ ] Asbestos: Personal Injury/Death
- [ ] Premise Liability
- [ ] Intentional Property Damage
- [ ] Unfair Business Practice
- [ ] Fraud
- [ ] Professional Negligence
- [ ] Medical Malpractice
- [ ] Toxic Tort
- [ ] Other Tort (describe below)
- [ ] Redhibition
- [ ] Class action (nature of case)

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Petitioner was injured as a result of an unintentional fire of his Sig Sauer P320 pistol.

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:
Name **Jack J. Rizzuto, Esq.**     Signature _Jack Rizzuto_

Address **110 Veterans Blvd., Suite 500, Metairie, LA 70005**

Phone number: **504-930-4330**     E-mail address: **jack@beardenlawfirm.com**

Union<br>
Dodi Eubanks<br>
Payment Receipt

| | |
|---|---|
| Date Processed | 12/05/23 01:42 PM |
| Suit# | 51126 |
| Billing Address | James Bearden<br>1341 West Mockingbird Lane<br>Dallas TX 75247 |
| Pre-Auth TransactionId | d14b46e54d5b428290f4f69a888cbb32 |
| Clerk Amount | 503.00 |
| Convenience Fee (Non-Clerk) | 14.54 |
| Online Filing Fee (Non-Clerk) | 7.50 |
| Total Charged To Card | 525.04 |

Union
Dodi Eubanks

| | |
|---|---|
| Submission# | 472679 |
| Date Submitted | 12/05/23 01:07 PM |
| Date Processed | 12/05/23 01:42 PM |
| Processed By | Wanda Royal, Deputy Clerk |
| Suit# | C-51126 |
| Filed By | wes@beardenlawfirm.com |
| Division | |

DAMAGES OR PERSONAL INJURIES, PETITION FOR (INCLUDES ONE SHERIFF SERVICE)

| | |
|---|---|
| How many Additional Defendants are included with this filing? | 1 |
| How many Additional Sheriff Services are required? | 0 |
| How many Secretary of State Services does this require? | 0 |
| How many Certified Copies are requested? | 0 |
| How many Conformed Copies are requested? | 1 |
| How many TOTAL photocopied pages will be required (total document pages x number of copies)? | 0 |

BARMORE, SCOTT (Plaintiff)

SIG SAUER, INC. (Defendant)
72 PEASE BLVD. NEWINGTON NH

BARMORE, JANICE (Plaintiff)

FARMERVILLE POLICE DEPARTMENT (Defendant)
302 MARTIN LUTHER KING DRIVE FARMERVILLE LA 71241

## LONG ARM CITATION

SCOTT BRADLEY BARMORE, ET AL

Versus

SIG SAUER INC, ET AL



Case: **00000051126**
Division:
3rd Judicial District Court
Parish of Union
State of Louisiana

*To:* SIG SAUER INC
THROUGH ITS REGISTERED AGENT FOR SERVICE:
COGENCY GLOBAL INC
63 PLEASANT ST
CONCORD, NH  03301

**You are hereby summoned** to comply with the demand contained in the Petiiton For Damages, of which a true and correct copy, exclusive of exhibits, accompanies this citation or make an appearance either by filing a pleading or otherwise in the Third Judicial District Court in and for the Parish of Union, State of Louisiana within Thirty (30) days after the service hereof, under penalty of  default.

**Witness my official hand and seal of office at Farmerville, Louisiana on this the 5th day of December, 2023.**

_____

*Deputy Clerk of Court*

### Service Information

*Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:*

**Personal Service** *on the party herein named _____.*
**Domiciliary Service** *on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

*Returned:*
*Parish of _____ this _____ day of _____, 20_____.*

*Service     $_____*
                              *By: _____*
*Mileage    $_____*            *Deputy Sheriff*

*Total        $_____*

## CITATION

**RETURN**



**SCOTT BRADLEY BARMORE, ET AL**

Versus

**SIG SAUER INC, ET AL**

Case: 00000051126
Division:
3rd Judicial District Court
Parish of Union
State of Louisiana

To: **FARMERVILLE POLICE DEPARTMENT
THROUGH ITS CHIEF OF POLICE
ERNEST "BIM" COULBERSTON
302 MARTIN LUTHER KING DRIVE
FARMERVILLE, LA 71241**

You are named as a defendant in the above captioned matter. Attached to this citation is a:

☒ Certified Copy of Original Petition

☐ Certified Copy of Amended Petition

☐ Discovery Request

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the Third Judicial District Court located at the Union Parish Clerk of Court at 100 East Bayou Street, Suite 105, Farmerville, Louisiana 71241 within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**

A. A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30) days** after service of the amended petition.

B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.

C. The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

This Citation was issued by the Clerk for the Court for the Third Judicial District Court on the *5th day of December, 2023*.

Deputy Clerk of Court

FILED
IN CLERK'S OFFICE
DEC 14 2023
CLERK DISTRICT COURT
UNION PARISH, LA

Per. Service ✓
Dom. Service _____
Date of Service 12-7-23
By _____
Union Parish Sheriff's Office

[ RETURN COPY ]

**UNION PARISH SHERIFF**
COURTHOUSE BLDG.
FARMERVILLE, LA 71241

INVOICE
PAGE 12 OF 12

Pay To:

Dusty J. Gates
Union Parish Sheriffs Office
710 HOLDER ROAD
Farmerville, LA 71241

PARISH 58

| | Charge | Paid | UnPaid |
|---|---|---|---|

**SUIT NO. 51126 SCOTT BRADLEY BARMORE, ET AL vs SIG SAUER INC, ET AL**

12/06/2023 0003 CITATION                                                                 30.00     0.00     30.00
  PERSONAL TO FARMERVILLE POLICE DEPARTMENT THROUGH IT'S
  CHIEF OF POLICE ERNEST "BIM" COULBERTSON ON 12/07/2023 BY 405
  LENARD

*** TOTAL DUE THIS INVOICE ***     30.00
*********PLEASE RETURN THIS INVOICE OR A COPY WITH PAYMENT*********

# NOTICE OF SERVICE

BARMORE, SCOTT BRADLEY - ET AL

Vs.

SIG SAUER INC - ET AL



Case: 00000051126
Division:
3rd Judicial District Court
Parish of Union
State of Louisiana

To: JACK J RIZZUTO
    BEARDEN LAW FIRM
    110 VETERANS BOULEVARD
    SUITE 500
    METAIRIE, LA  70005

**Date of Service**: THURSDAY, DECEMBER 07, 2023

**Name of Party Served**: FARMERVILLE POLICE DEPARTMENT THROOUGH CHIEF OF POLICE ERNEST BIM COULBERTSON

**Personal/Domiciliary**: PERSONAL

**Pleading Served**: CITATION

_____
*Deputy Clerk of Court for Dodi Eubanks, Clerk of Court*

THIRD JUDICIAL DISTRICT FOR THE PARISH OF UNION

STATE OF LOUISIANA

NO. 51126                                                           DIVISION: " "

SCOTT BRADLEY BARMORE AND JANICE MARIE BARMORE

VS.

SIG SAUER, INC. AND FARMERVILLE POLICE DEPARTMENT

```
Union
Dodi Eubanks
Dodi Eubanks, Clerk of Court
Suit# C-51126
E-FILED ON: 12/28/23 09:43 AM
Filed on: 12/28/23 10:33 AM
# of Pages:3
```

FILED _____         _____
                                              DEPUTY CLERK

### AFFIDAVIT OF LONG ARM SERVICE

STATE OF LOUISIANA

PARISH OF JEFFERSON

Before me, the undersigned Notary Public, personally came and appeared:

### VICTORIA TAURASSI

who after first being duly sworn, did depose, and states as follows:

I am the Paralegal of James W. Bearden, Esq.; On December 11, 2023, I received the Citation to Sig Sauer, Inc., and a true copy of the Petition for Damages in the above-captioned matter; I sent the aforementioned documents, by way of USPS Priority Mail to the registered agent for service of process; the documents were received by Sig Sauer's registered agent on December 26, 2023, as evidenced by the USPS tracking information, attached hereto as Exhibit "A".

_____
Victoria Taurassi, Affiant

SWORN TO AND SUBSCRIBED BEFORE ME
ON THIS 27th DAY OF _December_____,
2023, IN _Metairie_____, LOUISIANA.

_____, NOTARY PUBLIC
Notary I.D. Number:   33054
Commission Expires:   Life

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9405830109355047008012

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered in or at the mailbox at 1:32 pm on December 26, 2023 in CONCORD, NH 03301.

### Get More Out of USPS Tracking:
USPS Tracking Plus®

### Delivered
**Delivered, In/At Mailbox**
CONCORD, NH 03301
December 26, 2023, 1:32 pm

**In Transit to Next Facility**
December 25, 2023

**Arrived at USPS Destination Facility**
MANCHESTER, NH 03103
December 22, 2023, 10:41 am

**USPS picked up item**
METAIRIE, LA 70001
December 11, 2023, 1:02 pm

**Shipping Label Created, USPS Awaiting Item**
METAIRIE, LA 70005
December 11, 2023, 8:59 am

Hide Tracking History

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=9405830109355047008012

EXHIBIT A

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⋀

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Union
Dodi Eubanks
Payment Receipt

| | |
|---|---|
| Date Processed | 12/28/23 10:33 AM |
| Suit# | 51126 |
| Billing Address | JW Bearden & Associates, PLLC |
| | 110 Veterans Blvd, Suite 500 |
| | Metairie, LA 70005 |
| Pre-Auth TransactionId | d700583bb26f4bc7bdead6d7929518b1 |
| Clerk Amount | 14.00 |
| Convenience Fee (Non-Clerk) | 1.50 |
| Online Filing Fee (Non-Clerk) | 7.50 |
| Total Charged To Card | 23.00 |

Union
Dodi Eubanks

| | |
|---|---|
| Submission# | 485913 |
| Date Submitted | 12/28/23 09:43 AM |
| Date Processed | 12/28/23 10:33 AM |
| Processed By | Dodi Eubanks, Clerk of Court |
| Suit# | C-51126 |
| Filed By | wes@beardenlawfirm.com |
| On Behalf Of | Scott & Janice Barmore |
| Division | |

| | |
|---|---|
| AFFIDAVIT | 3pgs |

| | |
|---|---|
| Does this require Service by the Sheriff? | NO |
| How many Additional Sheriff Services are required? | 0 |
| How many pages are filed in this Affidavit? | 3 |
| How many Certified Copies are requested? | 0 |
| How many Conformed Copies are requested? | 0 |
| How many TOTAL photocopied pages will be required (total document pages x number of copies)? | 0 |