UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| SCOTT BRADLEY BARMORE, ET AL. | CIV. ACTION NO. 3:24-00056 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| SIG SAUER, INC., ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED** that Defendant, Farmerville Police Department's motion to dismiss for lack of subject matter jurisdiction, insufficient service of process, and/or for failure to state a claim upon which relief can be granted [Doc. No. 20] is **DENIED**, as moot.

**IT IS FURTHER ORDERED** that Plaintiffs Scott Barmore and Janice Barmore's motion to remand for lack of subject matter jurisdiction [Doc. No. 13] is **GRANTED**, and that the above-captioned cause is hereby remanded to the Third Judicial District Court for the Parish of Union, State of Louisiana, whence it was removed. 28 U.S.C. § 1447(e).

MONROE, LOUISIANA, this 20th day of June 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE