**RECEIVED**
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 0 1 2024

DANIEL J. McCOY, CLERK
BY: AM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

June 20, 2024

**FILED**
Union Parish Clerk of Court
JUN 2 4 2024
Wanda Royal, Deputy Clerk
Third Judicial District Court

Dodi Eubanks, Clerk of Court
3rd Judicial District Court
Union Parish
100 E Bayou St Ste 105
Farmerville, LA 71241

In re: Civil Action No. 3:24−cv−00056−TAD−KDM
BARMORE ET AL V. SIG SAUER INC. ET AL
Your Case No. C−51126

Dear Clerk:

Please be advised that the above captioned matter has been remanded to your Court. We enclose herewith a certified copy of our docket sheet and the Judgment or Order to Remand.

The official court record for the Western District of Louisiana is the electronic case filing system, CM/ECF. Our website is: http://ecf.lawd.uscourts.gov; counsel may access this database to obtain any pleadings you require.

Please acknowledge receipt on the enclosed copy of this letter.

ATTORNEYS ARE ADVISED THAT ALL FUTURE FILINGS SHOULD BE DIRECTED TO THE RECEIVING COURT NAMED ABOVE.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1−866−323−1101.

THUS DONE June 20, 2024.

DANIEL J. MCCOY
CLERK OF COURT

A Miletello
DEPUTY CLERK OF COURT